**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DAVID MALONE,** | **:** | |
| **Plaintiff,** | **:** | |
| **vs.** | **:** | **CIVIL ACTION 07-0510-CG-C** |
| **KEITH LAMBERT,** | **:** | |
| **Defendant.** | **:** | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the

issues raised, and there having been no objections filed, the Report and Recommendation of the

Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this

Court.  It is **ORDERED** that this action be and is hereby dismissed without prejudice.

**DONE and ORDERED** this 31st day of October, 2007.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE